McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS D. EVANS, ET AL.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　Defendant. | CASE NO. 1:19-CV-00826-LJO-BAM<br><br>ORDER REGARDING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>DATE:　　September 24, 2019<br>TIME:　　8:30 a.m.<br>COURT:　Courtroom 8, 6th Floor<br>JUDGE:　Hon. Barbara A. McAuliffe |

　　　　Before the Court is the parties' joint request to continue the scheduling conference currently set for September 24, 2019, at 8:30 a.m. before the undersigned. Good cause appearing, the parties' request is GRANTED. The United States' response to the complaint is currently due on September 16, 2019. A continuance of the scheduling conference therefore is necessary to permit the United States to respond to the complaint, to allow for sufficient time for the parties to brief any motion to dismiss that the United States may file, and to permit the Court time to review any such motion. In addition, counsel for plaintiffs is unavailable to attend the scheduling conference on September 24, 2019, because of a previously scheduled jury trial.

　　　　Therefore, the scheduling conference currently set for September 24, 2019, at 8:30 a.m., is continued to November 12, 2019, at 8:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara

ORDER　　　　　　　　　　　　　　　　　1

A. McAuliffe. The parties shall prepare and file the Joint Scheduling Report as set forth in the Court's prior order (ECF 3) at least one week prior to November 12, 2019.

IT IS SO ORDERED.

Dated: **August 21, 2019**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE