McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS D. EVANS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:19-CV-00826-NONE-BAM<br><br>ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER<br><br>(Doc. No. 17) |

　　　　Pending before the Court is the parties' stipulation and joint request to extend the current scheduling order by 90 days. Good cause appearing, the request is GRANTED.

　　　　The parties have previously requested one extension of the schedule due to California's COVID-19 restrictions. *See* Doc. Nos. 15, 16. The parties represent that they have diligently worked toward completing fact discovery relating to jurisdictional issues as contemplated by the Court's prior scheduling orders, notwithstanding the operational disruptions caused by the COVID-19 national health emergency, and that they have largely completed written discovery. The parties further represent that they still need to complete depositions of the two plaintiffs as well as potential depositions of federal officials who were involved in the fire suppression operations at issue in this litigation. Due to the COVID-19 national health emergency, these depositions cannot be completed in person, and the parties represent that they have therefore diligently discussed completing the depositions through video conference. However, plaintiffs live in a remote area that makes a video connection unreliable, and they are not able to travel to another location due to the COVID-19 health emergency. Moreover, plaintiffs'

counsel is not presently equipped to participate in a remote video deposition, and a solely telephonic deposition is inadequate due to the importance of plaintiffs' testimony to the issues in the case and the need for counsel to assess the plaintiffs' demeanor during the deposition.  Finally, the parties represent that during the requested extension they will diligently work toward identifying a solution that allows the plaintiffs and their counsel to participate in a remote video deposition, or to conduct the deposition by some other means.

Under these circumstances, good cause exists to extend the schedule.  Accordingly, IT IS HEREBY ORDERED that the Preliminary Scheduling Conference Order (Doc. No. 12) and the Order Granting Joint Stipulation and Request to Modify Scheduling Order (Doc. No. 16) is modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | November 30, 2020 |
| Expert Disclosure: | December 31, 2020 |
| Supplemental Expert disclosure: | January 29, 2021 |
| Expert Discovery Cutoff: | March 18, 2021 |
| Pretrial Motion Filing Deadline: | April 16, 2021 |

All other terms of the Court's prior orders (Doc. Nos. 12 and 16) shall remain in effect, including the Status Conference currently set for November 3, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **July 9, 2020**            /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE