McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS D. EVANS, ET AL.<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:19-CV-00826-NONE-BAM<br><br>ORDER GRANTING STIPULATION AND JOINT REQUEST TO MODIFY SCHEDULING ORDER<br><br>JUDGE:　　Hon. Barbara A. McAuliffe |

Before the Court is the parties' stipulation and joint request to modify the scheduling order. The parties represent that they have completed written discovery but have encountered difficulties scheduling depositions of plaintiffs and former Forest Service employees. Due to the national health emergency created by COVID-19, the parties are not able to take depositions in person. A telephonic deposition is not adequate due to the importance of plaintiffs' testimony to the issues in the case and the need for counsel to assess the plaintiffs' demeanor during the deposition. The deposition therefore must proceed by remote video connection. However, plaintiffs live in a remote area with limited bandwidth, and plaintiffs' counsel's office does not have support staff to assist with a remote video connection. In addition, plaintiff Lewis Evans has been working as a contractor to assist with the Creek Fire, with limited time off. The parties further represent that they have identified a path forward to take the depositions via remote video connection by having plaintiffs and plaintiffs' counsel travel to a third party location that is equipped with video conference equipment and has the staff necessary to assist plaintiffs' counsel with any technical issues that may arise during the deposition, and that they are

1

working to identify dates on which plaintiff Lewis Evans is available to participate in the deposition in this manner, which will depend on the progress of the efforts to contain the Creek Fire. The parties indicate that they plan to take the deposition of plaintiff Carla Evans on the same date as Lewis Evans' deposition, both to conserve attorney and other resources and to limit the need for plaintiffs, who are both elderly, to travel to a third party location during the ongoing pandemic. The parties are also attempting to schedule the depositions of three current or former federal employees at plaintiffs' request. They intend to schedule these depositions, which they anticipate can be completed in a single day, near the date of plaintiffs' depositions in the interest of efficiency and to limit the need for plaintiffs' counsel to travel to a third party location during the ongoing pandemic.

Under these circumstances, good cause exists to modify the schedule by sixty days as requested. The parties are cautioned that further modification will be looked upon with disfavor and must be supported by good cause.

Accordingly, IT IS HEREBY ORDERED that the Preliminary Scheduling Conference Order (Doc. No. 12) and the Order Granting Joint Stipulation and Request to Modify Scheduling Order (Doc. No. 16) and the Order Granting Stipulation and Joint Request to Modify Scheduling Order (Doc. No. 18) are modified as follows:

| | |
|---|---|
| Non-Expert Discovery Cutoff: | January 29, 2021 |
| Expert Disclosure: | March 1, 2021 |
| Supplemental Expert Disclosure: | March 31, 2021 |
| Expert Discovery Cutoff: | May 21, 2021 |
| Jurisdictional Phase Pretrial Motion Filing Deadline: | June 18, 2021 |

All other terms of the Court's prior orders (Doc Nos. 12, 16, and 18) shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 12, 2020**             /s/ *Barbara A. McAuliffe*           
                                                            UNITED STATES MAGISTRATE JUDGE