McGREGOR W. SCOTT
United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS D. EVANS, et al.,<br><br>               Plaintiffs,<br><br>               v.<br><br>UNITED STATES,<br><br>               Defendant. | CASE NO. 1:19-CV-00826-NONE-BAM<br><br>ORDER<br><br>JUDGE:    Hon. Barbara A. McAuliffe |

      The United States requests a modification to the scheduling order to extend the expert disclosure deadline and supplemental expert disclosure deadline. Plaintiffs do not oppose the request.

      The current expert disclosure deadline is March 1, 2021, with supplemental expert reports due to be disclosed on March 31, 2021. *See* ECF 23 at 2. The United States proposes to move the expert disclosure date to April 9, 2021, and the supplemental expert disclosure date to April 30, 2021, with all other dates, including the close of expert discovery, remaining the same. As good cause, the United States represents that its expert, Francisco Romero, has been deployed as part of a Forest Service incident management team to assist the State of Idaho with its COVID-19 vaccination efforts and has thereby been prevented from completing his review and expert report in this matter. Given the importance of the nationwide vaccination efforts, this constitutes good cause to extend the deadline for expert disclosure. No further delay in the overall schedule will be caused by the requested change because the deadline for the close of expert discovery will remain the same.

ORDER       1

     Good cause appearing, the request is GRANTED.  The current scheduling order is modified as follows.  Expert disclosure shall occur no later than April 9, 2021, with supplemental expert disclosure by April 30, 2021.  The expert discovery cutoff date shall remain on May 21, 2021, and the jurisdictional phase pretrial motion filing deadline shall remain on June 18, 2021.  All other terms of the Court's prior orders (Doc Nos. 12, 16, 18, and 23) shall remain in effect.

IT IS SO ORDERED.

Dated: __**February 16, 2021**__          /s/ *Barbara A. McAuliffe*
                                                                           UNITED STATES MAGISTRATE JUDGE