1  PHILLIP A. TALBERT
   Acting United States Attorney
2  PHILIP A. SCARBOROUGH (SBN 254934)
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS D. EVANS, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　Defendant. | CASE NO. 1:19-CV-00826-NONE-BAM<br><br>ORDER GRANTING JOINT REQUEST TO MODIFY SCHEDULING ORDER<br>(Doc. 26)<br><br>JUDGE:　　Hon. Barbara A. McAuliffe |

Plaintiffs Lewis D. Evans and Carla.S. Evans and defendant the United States, through their respective undersigned counsel, jointly request a modification to the scheduling order to extend the deadline to file a dispositive motion on the jurisdictional issue to July 23, 2021. Good cause appearing, the request is GRANTED.

The parties state that they have completed fact and expert discovery relating to the jurisdictional issues, with depositions of the parties' respective expert witnesses completed on May 20 and May 21, 2021. The transcripts of those depositions were made available on June 3 and June 4, 2021. Under the Federal Rules of Civil Procedure, the witnesses are allowed 30 days to review the transcript and make any necessary changes. *See* Fed. R. Civ. P. 30(e)(1). The requested scheduling modification therefore is necessary to permit the expert witnesses to finalize their review of the deposition transcripts and make any necessary corrections before the parties submit briefing on the jurisdictional motion to the Court. The requested scheduling modification will not result in a substantial delay in the proceedings.

1 The current scheduling order is modified as follows.  The jurisdictional phase pretrial motion filing deadline is continued to July 23, 2021.  All other terms of the Court's prior orders (Doc Nos. 12, 16, 18, 23, and 25) shall remain in effect.

IT IS SO ORDERED.

Dated:   **June 14, 2021**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE